**Choon Young LIM–KU and K. Lim, Ltd., Plaintiffs–Respondents,**

v.

**Char H. CHOE and Myung S. Choe, Defendants–Appellants.**

No. 67810.

Missouri Court of Appeals, Eastern District, Division Two.

March 19, 1996.

Alan G. Gerson, Howard H. Kaplan, St. Louis, for appellants.

Thomas L. Fiala, Paul Simon, Jr., Clayton, for respondents.

Before CRAHAN, P.J., and CRANDALL and DOWD, JJ.

**ORDER**

PER CURIAM.

Char H. Choe ("Choe") and Myung S. Choe appeal from the judgment entered upon a jury verdict in favor of Choon Young Lim–Ku and K. Lim, Ltd., holding Choe liable for breach of contract. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).